East Greenville Borough, Appellant, *v.* Brey.

Argued June 13, 1969. *Willard C. Hetzel,* for appellant; *Daniel L. Quinlan, Jr.,* for appellee.

Order affirmed.

November 13, 1969

Commonwealth *v.* Huffman, Appellant.

Argued September 15, 1969. *Samuel W. Salus, II,* Public Defender, for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.